PER CURIAM.
Affirmed. Jackson v. Florida Weathermakers, Inc., 55 So.2d 575 (Fla.1951); Otis Elevator Company v. Fontainebleau Hotel *1196 Corp., 137 So.2d 19 (Fla. 3rd D.C.A. 1962); Nutt v. James City Inc., 162 So.2d 700 (Fla. 3rd D.C.A. 1964); Mansell v. Eidge, 179 So.2d 624 (Fla. 3rd D.C.A. 1965); O’Brien v. Francis, 231 So.2d 13 (Fla. 3rd D.C.A. 1970); North Shore Hospital v. Martin, 344 So.2d 256 (Fla. 3rd D.C.A. 1977).